Eastern District of Kentucky
**FILED**

FEB 27 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

**UNITED STATES OF AMERICA**

V.

INDICTMENT NO. 7:25-cr-06-DLB
21 U.S.C. § 841(a)(1)

**CORTEZ T. HARRIS**

* * * * *

**THE GRAND JURY CHARGES:**

On or about January 17, 2025, in Magoffin County, in the Eastern District of Kentucky,

**CORTEZ T. HARRIS**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

███████████████████

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.